**Judy S. HOLMES, Appellant,**

v.

**David Allen HOLMES, Respondent.**

**No. WD 53748.**

Missouri Court of Appeals,
Western District.

Nov. 4, 1997.

George W. Richardson, Kansas City, for appellant.

Craig D. Ritchie, St. Joseph, for respondent.

Before ULRICH, C.J., and
BRECKENRIDGE and SPINDEN, JJ.

---

## ORDER

PER CURIAM.

Judy S. Holmes appeals from the decree of dissolution of marriage terminating her marriage to David Allen Holmes. She contends that the trial court erred in dividing the marital property by awarding Mr. Holmes all of the couple's real estate. The judgment is affirmed. RULE 84.16(b).